ABE KABALKIN and Others, Appellants, v. INTERNATIONAL FUR WORKERS UNION OF THE UNITED STATES AND CANADA, Respondent.— Order affirmed, with

ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.; Clarke, P. J., dissents.